

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00293-CV

| | | |
|---|---|---|
| In the Interest of D.W. and K.W., children | § | From the 322nd District Court |
| | § | of Tarrant County (322-396129-06) |
| | § | March 19, 2015 |
| | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment.

We reverse the portion identified as "19. International Travel" on pages 39–42 of the trial court's "Corrected & Nunc Pro Tunc Order in Suit to Modify Parent-Child Relationship," as corrected by the July 31, 2013 "Order on Respondent's Motion to Correct Judgment" and July 31, 2013 "Order on Respondent's Motion for Judgment Nunc Pro Tunc" and remand that portion of this case to the trial court for further proceedings consistent with this opinion.

We otherwise affirm the trial court's judgment as corrected by the orders of July 31, 2013.

It is further ordered that appellant Alaa Weis shall pay half of the costs of this appeal and appellee Rania Arwani shall pay half of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Anne Gardner_____
Justice Anne Gardner